IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | Case No. 2:12-CR-226 |
| vs. : | JUDGE ALGENON L. MARBLEY |
| GREGORIO QUINTANA-PANIAGUA, : | |
| Defendant. : | |

## ORDER

Defendant filed an ex parte application on November 16, 2012, for the issuance of subpoenas for the pretrial production of documentary evidence pursuant to Fed. R. Crim. P. 17(c). The Court finds that Defendant is indigent and that the documentary evidence requested by the Defendant is necessary to his defense. Accordingly, Defendant's application is granted. The subpoenas will be served by the office of the Federal Public Defender.

**IT IS SO ORDERED.**

_____
Judge Algenon L. Marbley
United States District Court

Nov. 16, 2012
Date