IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 2:12-CR-226 |
| vs. | : JUDGE ALGENON L. MARBLEY |
| GREGORIO QUINTANA-PANIAGUA, | : |
| Defendant. | : |

## ORDER

Upon consideration of Defendant's Motion for Preserve Evidence and for good cause shown, it is hereby ORDERED that the Government preserve any and all video footage taken of the surveillance, stop, arrest, and/or search of Gregorio Quintana-Paniagua on October 5, 2012 at the Port Columbus International Airport.

It is FURTHER ORDERED that the Government immediately present the Port Columbus Airport Administrative offices, the Transportation Security Administration, Delta Airlines, and the Drug Enforcement Administration with a copy of this Order.

It is SO ORDERED.

Date: Dec. 3, 2012

Honorable Judge Algenon L. Marbley