# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:12-CR-226 |
| vs. | : | JUDGE ALGENON L. MARBLEY |
| GREGORIO QUINTANA-PANIAGUA, | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Defendant's Motion for Preservation and Inventory of Rough Interview Notes and for good cause shown, it is hereby ORDERED that the Government preserve all rough interview notes in existence, prepare an inventory of the rough notes alongside a statement under which they were prepared, and disclose same to the Defendant.

It is SO ORDERED.

Date: 3 Dec. 2012

Honorable Judge Algenon L. Marbley